RECEIVED WD/AR SEP 2 9 2010 U.S. CLERK'S OFFICE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
SEP 3 0 2010
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**LANCE McKEE** **PLAINTIFF**

**vs.** **Case No.** 10-5183

**HARTFORD LIFE AND ACCIDENT INSURANCE CO.** **DEFENDANT**

**COMPLAINT AT LAW**

COMES NOW, the Plaintiff, Lance McKee, by and through his attorney, Ray B. Schlegel of Nolan, Caddell & Reynolds, and for his cause of action against the Defendants, Hartford Life and Accident Insurance Co., states and alleges as follows:

**Parties and Jurisdiction**

1. Plaintiff claims benefits under an employee welfare benefit plan, which is subject to the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 et seq., commonly called "ERISA."

2. Plaintiff is and was at all times relevant hereto a citizen and resident of Benton County, Arkansas, and within the jurisdiction of this Court.

3. The Defendants are insurance companies licensed to conduct business in the State of Arkansas and are within the jurisdiction of this Court.

4. This Court has jurisdiction over the subject matter and the parties hereto, and venue is proper in this Court.

**Factual Background**

5. Defendant, Hartford Life and Accident Insurance Co., issued and delivered a group insurance policy to Wal-Mart Stores, Inc., the policyholder. A copy of the policy is attached hereto, marked **Exhibit "A"** and incorporated herein by reference.

6. Plaintiff was employed by Wal-Mart Stores, Inc., and as such was covered by the group disability plan, policy number GRH 205215.

7. Defendant, Hartford Life and Accident Insurance Co., is the administrator of the group plan.

8. Plaintiff suffers from Fibromyalgia, Sleep Apnea and Obesity which greatly restrict Plaintiff's ability to function. On February 11, 2009, Plaintiff applied for, and was denied, short term disability benefits through Hartford Life and Accident Insurance Co.

9. Under the Policy, a participant is considered "disabled" if "you are prevented from performing the Essential Duties of Your Occupation or a Reasonable Alternative Job offered to You by the Employer. Your Disability must result form:

1) injury;

2) sickness;

3) mental illness;

4) substance abuse; or

5) pregnancy."

Please see **Exhibit "A"**, and is incorporated herein by reference.

10. According to Plaintiff's treating physician and other medical evidence provided to Defendants, Plaintiff's conditions prevents him from performing even sedentary work. Thus, he is incapable of being employed in any gainful occupation for which he is qualified by education, training or experience.

11. Plaintiff has appealed the Defendant's denial of his claim and been denied. Plaintiff has exhausted all administrative remedies available to him. See letter from Hartford Life and Accident Insurance Co., dated October 13, 2009, which is attached hereto as **Exhibit "B"** and incorporated herein by reference.

12. Plaintiff continues to be totally "disabled" under the policy and is entitled to short term benefits and continued permanent long term benefits.

13. Plaintiff should be awarded back total disability benefits from February 11, 2009, and forward as provided under the policy, a twelve percent (12%) penalty as provided by law, reasonable attorneys' fees, prejudgment interest as provided by law from February 11, 2009 until the date of judgment, and all other costs to which he is entitled.

WHEREFORE, Plaintiff, Lance McKee, prays for judgment against the Defendant, Hartford Life and Accident Insurance Co., for back total disability benefits from February 11, 2009 and forward as provided by the policy; for a twelve percent (12%) penalty as provided by law; for reinstatement of her insurance; for reasonable attorneys' fees; for prejudgment interest as provided by law from February 11, 2009 until the date judgment is entered; for costs; and for all other relief which this Court deems proper.

Respectfully submitted,

Lance McKee, Plaintiff

By:________________________________

Ray B. Schlegel (AR 2002002; OK 19368)
NOLAN, CADDELL & REYNOLDS
5434 Walsh Ln.
Rogers, AR 72758
Phone: (479) 464-8269
Fax: (479) 464-8287
**Attorney for Plaintiff**